No. 76–798. A. H. ROBINS CO., INC. *v.* DEPARTMENT OF HEALTH OF CALIFORNIA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied. 

No. 76–806. TEXAS STEEL CO. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, DISTRICT 776. C. A. 5th Cir. Certiorari denied. 

No. 76–810. MCGRAW *v.* BERGER, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 76–813. BENSON *v.* METRO-GOLDWYN-MAYER, INC. C. A. 9th Cir. Certiorari denied. 

No. 76–828. MARKLE MANUFACTURING CO. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO–CLC, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 76–829. CATALDO *v.* BUGLASS ET AL. Ct. App. N. Y. Certiorari denied. 

No. 76–833. MORROW *v.* GREYHOUND LINES, INC. C. A. 3d Cir. Certiorari denied. 

No. 76–837. BRADCO OIL & GAS CO. *v.* YOUNGSTOWN SHEET & TUBE CO. C. A. 5th Cir. Certiorari denied. 

No. 76–841. ILLINOIS ET AL. *v.* CONSOLIDATED RAIL CORP. ET AL. Sp. Ct., R. Reorg. Act. Certiorari denied. 

No. 76–844. SNYDER *v.* R. I. D. C. INDUSTRIAL DEVELOPMENT FUND. C. A. 5th Cir. Certiorari denied.